[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 72.]

THE STATE EX REL. DEMOPOULOS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Demopoulos v. Indus. Comm.*, 2001-Ohio-139.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 00-2189—Submitted April 24, 2001—Decided June 13, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-59.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

————————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would reverse the judgment of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

————————————

*Wincek & DeRosa Co., L.P.A.,* and *Christopher G. Wincek*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jeffrey B. Hartranft*, Assistant Attorney General, for appellee.

————————————